**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**AMERICAN SERVICES, LLC**                                                          **PLAINTIFF**

**v.**                                                                              **NO. 3:25-CV-321-RPC-RP**

**TEN 4 SYSTEM, LTD., et al.**                                                      **DEFENDANTS**

**ORDER**

Pursuant to the Memorandum Opinion issued this day, Defendant FreightOnTime, Inc.'s

Motion to Dismiss [32] is **GRANTED**. This action is **DISMISSED with prejudice** as to

FreightOnTime, Inc. Plaintiff American Services, LLC's Motion for Jurisdictional Discovery [42]

is **DENIED**. Likewise, Plaintiff's request for leave to amend its complaint is **DENIED**.

SO ORDERED, this the 4th day of June, 2026.

_____
**UNITED STATES DISTRICT JUDGE**